**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 96-2510**

―――――――――――

KENDALL L. HOLLEY,

Plaintiff - Appellant,

versus

TOGO D. WEST, JR., Secretary of the Army,

Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CA-95-1804-A)

―――――――――――

Submitted:  February 13, 1997      Decided:  February 25, 1997

―――――――――――

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Kendall L. Holley, Appellant Pro Se.  Jeri Kaylene Somers, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting the Army's motion to dismiss and for summary judgment in her Rehabilitation Act and Title VII claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Holley v. West, No. CA-95-1804-A (E.D. Va. Sept. 20, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED